UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-30067
Trenton J. Sklena )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

### ORDER ON DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for vehicle in the amount of up to $16,500.00, with financing of up to 19.188% interest, for a 2015 KIA Sorento or similar vehicle but the purchase of extended warranties is not permitted.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 06, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100